# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSNIEL DIAZ-BAUTISTA,<br><br>Defendant. | CRIMINAL NO: 1:24-cr-00020 |

## NOTICE OF INTENT TO SEEK THE DEATH PENALTY

Pursuant to the requirement of Title 18, United States Code, section 3593(a), the United States of America hereby notifies the Court and Defendant **ROSNIEL DIAZ-BAUTISTA** that the United States believes the circumstances of the offense charged in Count One of the Indictment is such that, in the event of a conviction, a sentence of death is justified under Chapter 228 (Section 3591 through 3598) of Title 18 of the United States Code, and that the United States will seek the sentence of death for the offense: Use of a Firearm During a Crime of Violence Resulting in Death, which carries a possible sentence of death.

The United States proposes to prove the following factors as justifying a sentence of death with regard to Count One:

A. **ROSNIEL DIAZ-BAUTISTA** was 18 years of age or older at the time of the offense.

B. Statutory Threshold Factors Enumerated under 18 U.S.C. § 3591(a)(2)(A) – (D).

    1. **Intentional Killing. ROSNIEL DIAZ-BAUTISTA** intentionally killed the victim. (18 U.S.C. § 3591(a)(2)(A));

    2. **Intentional Infliction of Serious Bodily Injury. ROSNIEL DIAZ-BAUTISTA** intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C. § 3591(a)(2)(B));

    3. **Intentional Participation in Acts Resulting in Death. ROSNIEL DIAZ-**

**BAUTISTA** intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)); and

    4.    **Intentional Engagement in Acts of Violence, Knowing that the Acts Created a Grave Risk of Death to a Person. ROSNIEL DIAZ-BAUTISTA** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

  **C.**  <u>Statutory Aggravating Factors Enumerated under 18 U.S.C. § 3592(c).</u>

    1.    **Grave risk of death to additional persons. ROSNIEL DIAZ-BAUTISTA**, in the commission of the offense, or in escaping apprehension from the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense. (18 U.S.C. § 3592(c)(5)).

  **D.**  <u>Non-Statutory Aggravating Factors Identified under 18 U.S.C. § 3593(a)(2).</u>

    1.    **Participation in additional uncharged murders, attempted murders, or other serious acts of violence. ROSNIEL DIAZ-BAUTISTA** faces separate charges of an attempted murder in which he fired numerous shots into a moving vehicle, striking the driver and passenger.

    2.    **Future Dangerousness. ROSNIEL DIAZ-BAUTISTA** poses a patent risk of future dangerousness to the lives and safety of others, as demonstrated by committing the current offense while on pretrial release for attempted murder and also two pending local firearm charges in Superior Court.

    3.    **Victim Impact. ROSNIEL DIAZ-BAUTISTA** caused injury, harm, and loss to

the victim as well as to the family and friends of the victim. The injury, harm, and loss caused by **ROSNIEL DIAZ-BAUTISTA** with respect to the victim is evidenced by the victim's personal characteristics and by the impact of the victim's death upon her family, friends and her community.

The government further gives notice that in support of imposition of the death penalty on Count One, it intends to rely upon all the evidence admitted by the Court at the guilt phase of the trial and the offense of conviction as described in the Superseding Indictment as they relate to the background and character of the **ROSNIEL DIAZ-BAUTISTA**, his moral culpability, and the nature and circumstances of the offenses charged in the Indictment and thereby informs the weight of the aggravating factors alleged here.

    Respectfully submitted,

    ADAM F. SLEEPER
    Acting United States Attorney

    By: /S/ *Denise N. George*
       Denise N. George
       Assistant United States Attorney
       denise.george@usdoj.gov

Dated: July 31, 2025