# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 1:24-cr-020** |
| v. | **SUPERSEDING INDICTMENT** |
| **ROSNIEL DIAZ-BAUTISTA,** | |
| Defendant. | |

The Grand Jury charges that:

### COUNT ONE

*(Use of Firearm During a Crime of Violence Resulting in Death)*

On or about September 8, 2024, in the District of the Virgin Islands, the defendant,

**ROSNIEL DIAZ-BAUTISTA,**

did knowingly use, carry, and discharge a firearm, that is, a black handgun, unknown make, unknown model, unknown serial number, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: First-Degree Murder, 14 V.I.C. §§ 921, 922(a)(1), and 923 as charged in Count Three, and in the course of that violation caused the death of a person, , through the use of the firearm, which killing is a murder as defined in 18 U.S.C. § 1111.

All in violation of Title 18, United States Code, Section 924(j)(1).

U.S. v. Diaz-Bautista, Case No. 24-cr-20
Superseding Indictment
Page | 2

## COUNT TWO

*(Discharge of a Firearm in Furtherance of a Crime of Violence)*

On or about September 8, 2024, in the District of the Virgin Islands, the defendant,

**ROSNIEL DIAZ-BAUTISTA,**

did knowingly use, carry, and discharge a firearm, that is, a black handgun, unknown make, unknown model, unknown serial number, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: First-Degree Murder, 14 V.I.C. §§ 921, 922(a)(1), and 923, as charged in Count Three.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

*(First-Degree Murder)*

On or about September 8, 2024, in the District of the Virgin Islands, the defendant,

**ROSNIEL DIAZ-BAUTISTA,**

unlawfully and with malice aforethought, shot and killed a human being, Indierra Morales, willfully, deliberately, and with premeditated design, by shooting her.

All in violation of Title 14, Virgin Islands Code, Sections 921, 922(a)(1), and 923.

# NOTICE OF SPECIAL FINDINGS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTIONS 3591 AND 3592

## (Count 1)

As to Count One of this Indictment, the defendant, Rosniel Diaz-Bautista,

   a. was 18 years of age or older at the time of the offense;

   b. intentionally killed the victim, Indierra Morales, (18 U.S.C. § 3591(a)(2)(A));

   c. intentionally inflicted serious bodily injury that resulted in the death of Indierra Morales (18 U.S.C. § 3591(a)(2)(B));

   d. intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim, Indierra Morales, died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

   e. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, Indierra Morales, died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

   f. in the commission of the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim, Indierra Morales, of the offense (18 U.S.C. § 3592(c)(5)).

All pursuant to Title 18, United States Code, Sections 3591 and 3592.

*U.S. v. Diaz-Bautista,* Case No. 24-cr-20
Superseding Indictment
Page | 4

Dated: August 19, 2025

ADAM F. SLEEPER
Acting United States Attorney

Michael J. Conley
Chief, Criminal Division

By: _____
Denise N. George
Assistant United States Attorney
District of the Virgin Islands
5500 Veterans Drive
St. Thomas, VI  00802
Telephone: (340) 774-5757
Denise.George@usdoj.gov


DISTRICT COURT OF THE VIRGIN ISLANDS:  Returned into the District Court on this 19th day of August 2025, by Grand Jurors and filed.

_____
EMILE A. HENDERSON III
U.S. Magistrate Judge
District of the Virgin Islands