IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-CR-20 |
| | ) |
| ROSNIEL DIAZ-BAUTISTA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO THE COURT

This notice is filed in compliance with the Court's September 29, 2025 Order. (*See generally* ECF No. 79). Undersigned counsel understands that on November 12, 2025, Congress passed a continuing resolution to fund the government through January 30, 2026, and the President signed that bill into law. Undersigned counsel further understands that as of this filing, the judiciary no longer faces a lapse in appropriations.

Dated:  November 13, 2025      Respectfully submitted,

                                                   MATTHEW CAMPBELL
                                                   FEDERAL PUBLIC DEFENDER

                                                   *s/ Matthew Campbell*
                                                   MATTHEW CAMPBELL
                                                   Federal Public Defender Office
                                                   1336 Beltjen Road, Suite 202
                                                   Charlotte Amalie, VI 00802
                                                   Tel (340) 774-4449
                                                   Fax (340) 776-7683
                                                   E-mail: Matt_Campbell@fd.org